IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-cr-143 |
| v. ) | |
| ) | |
| MOHAMMAD SHARIFULLAH ) | |
| Defendant. ) | |
| ) | |

<u>MOTION TO SEAL, NOTICE OF FILING OF MOTION TO SEAL AND
MEMORANDUM IN SUPPORT OF MOTION TO SEAL</u>

Pursuant to Local Criminal Rule 49(E), the defendant, Mohammad Sharifullah, through counsel, hereby moves this Court for leave to file a joint motion to extend the deadline to file non-CIPA motions, under seal. A proposed Order is attached for the Court's consideration.[1]

I.   Item to be Sealed and Necessity for Sealing

A.   The defendant asks the Court to seal the joint motion to extend the deadline to file non-CIPA motions to be filed with the Court on October 6, 2025.

B.   Sealing is necessary in order to safeguard the privacy of confidential case information. Counsel for the defendant has considered procedures other than sealing and none will suffice to protect this information from disclosure.

---

[1] The document to be sealed will be filed with the Court non-electronically pursuant to Local Criminal Rule 49(E) and the Electronic Case Filing Policies and Procedures (*see* p. 16). Pursuant to the Local Rules, the sealed document is to be treated as sealed pending the outcome of this motion.

II.     Previous Court Decisions Which Concern Sealing Documents

   A.     The Court has the inherent power to seal materials submitted to it. *See United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *see also Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975). "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

   B.     This Court previously has sealed documents in other cases dealing with the same or similar subject matters as the material sought to be sealed in this matter.

III.    Period of Time to Have the Document Under Seal

   A.     The material to be filed under seal would need to remain sealed permanently or until unsealed by the Court.

*   *   *

Accordingly, the defendant respectfully requests that an Order be entered allowing the consent motion to extend the deadline to file non-CIPA motions, to be placed Under Seal. An appropriate Order is attached.

Dated: Thursday October 6, 2025.

        Respectfully submitted,

        <u>/s/ Lauren E. S. Rosen</u>
        Lauren E. S. Rosen
        VA Bar No. 98540
        Assistant Federal Public Defender
        Office of the Federal Public Defender
        1650 King Street, Suite 500
        Alexandria, Virginia 22314
        (703) 600-0800
        (703) 600-0880 (fax)
        Lauren_Rosen@fd.org