IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-cr-143 |
| v. ) | |
| ) | |
| MOHAMMAD SHARIFULLAH ) | |
| Defendant. ) | |
| ) | |

## SEALING ORDER

This matter having come before the Court on the defendant's Motion to Seal pursuant to Local Criminal Rule 49(E) and for good cause shown, it is hereby

ORDERED that the defendant's Motion to Seal is granted, and it is

FURTHER ORDERED that the joint motion to extend the deadline to file non-CIPA motions, shall be maintained under seal and will remain under seal until unsealed by order of the Court, and it is

FURTHER ORDERED that the Clerk provide a copy of this Order to counsel of record.

ENTERED this 7th day of October 2025.

_____
Anthony J. Trenga
Senior U.S. District Judge