IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-CR-143 (AJT) |
| v. ) | |
| ) | |
| MOHAMMAD SHARIFULLAH ) | |
| ) | |
| Defendant ) | |

## ORDER

This matter having come before the Court on the government's Motion to Seal pursuant to Local Criminal Rule 49(E) and for good cause shown, it is hereby

ORDERED that the government's Motion to Seal is granted, and it is further ORDERED that the government's Consent Motion to Extend Time to File a Response, shall be maintained under seal and will remain under seal until unsealed by order of the Court, and it is

FURTHER ORDERED that the Clerk provide a copy of this Order to counsel of record.

IT IS SO ORDERED.

/s/
Anthony J. Trenga
Senior United States District Judge
HON. ANTHONY J. TRENGA
Senior United States District Judge

Dated: 11/24/25
Alexandria, Virginia