IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.     ) | Case No. 1:25-cr-143 |
| ) | |
| **MOHAMMAD SHARIFULLAH,** ) | |
| Defendant. ) | |

## MR. SHARIFULLAH'S SUPPLEMENTARY MEMORANDUM IN SUPPORT OF MOTION TO DISQUALIFY LINDSEY HALLIGAN AS INTERIM U.S. ATTORNEY

Mr. Sharifullah provides this supplementary memorandum to advise the Court of the opinions issued in *United States v. Comey*, No. 1:25-CR-00272-MSN, 2025 WL 3266932 (E.D. Va. Nov. 24, 2025), and *United States v. James*, No. 2:25-CR-00122-JKW, 2025 WL 3266931 (E.D. Va. Nov. 24, 2025), as well as the opinion issued today by the Third Circuit in *United States v. Giraud*, ___ F.4th ___, 2025 WL 3439752 (3d Cir. Dec. 1, 2025) (*affirming United States v. Giraud*, ___ F. Supp. 3d ___, 2025 WL 2416737, at *1 (D.N.J. Aug. 21, 2025)).

This Court held in *United States v. Comey* and *United States v. James* that "the Attorney General's attempt to install Ms. Halligan as Interim U.S. Attorney for the Eastern District of Virginia was invalid and [] Ms. Halligan has been unlawfully serving in that role since September 22, 2025." *James*, 2025 WL 3266931, at *9. Consequently, "all actions flowing from Ms. Halligan's defective appointment … constitute unlawful exercises of executive power and must be set aside." *Comey*, 2025 WL 3266932, at *11.

Nor is the Attorney General permitted merely to delegate the responsibilities of the U.S. Attorney to Ms. Halligan. As the Third Circuit explained, "[t]his de facto U.S. Attorney-by-delegation theory is plainly prohibited by the [Federal Vacancies Reform Act (FVRA)]'s exclusivity provision. 5 U.S.C. § 3347(a), (b)." 2025 WL 3439752, at *9. In other words, the Attorney General's authorization to delegate statutory duties does not allow the Executive Branch to "bypass[] the constitutional [Presidential appointment and Senate confirmation] process entirely" or "eliminate[] the requirements of the FVRA and the U.S. Attorney-specific statute, § 546" governing the appointment of acting and interim U.S. Attorneys.

        Respectfully submitted,

        MUHAMMAD SHARIFULLAH

By:         /s/
        Geremy C. Kamens
        Va. Bar No. 41596
        Federal Public Defender
        Lauren E. S. Rosen
        Va. Bar No: 98540
        Assistant Federal Public Defender
        Office of the Federal Public Defender
        1650 King Street, Suite 500
        Alexandria, VA 22314
        Ph. (804) 600-0800
        Fax (804) 600-0880
        Geremy_Kamens@fd.org