# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

FILED

2026 MAR 23 A 9: 45

THE UNITED STATES OF AMERICA )
)
vs. )
)
) Criminal No. 1:25CR0143
)
Mohammad Sharifullah )
Defendant.

## PRAECIPE

The Clerk will please issue <u>10</u> blank subpoenas for the above styled matter which is currently scheduled for a Jury Trial before the Honorable U.S. District Judge Anthony J. Trenga on April 20, 2026, at 9:00 a.m. *10:00 a.m. (pv)*

Respectfully submitted,
Mohammad Sharifullah
By Counsel

Counsel for the Defendant:

Geremy Kamens, Esq. and Lauren Rosen, Esq.
Federal Public Defender and Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800

*Issued by: CDOW*

# UNITED STATES DISTRICT COURT

## for the

### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mahommad Sharifullah | ) | Case No. 25cr0143 |
| | ) | |
| *Defendant* | ) | |

*2026 MAR 23 A 9: 44*

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Albert V. Bryan U.S. Courthouse 401 Courthouse Square, Alexandria, VA 22314 | Courtroom No.: | Hon. Judge Trenga CR 900 |
|---|---|---|---|
| | | Date and Time: | 04/20/2026 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: **MAR 23 2026**

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Mohammad Sharifullah
_____ , who requests this subpoena, are:

Geremy Kamens, Esq. and Lauren Rosen, Esq.
Federal Public Defender and Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, suite 500
Alexandria, VA 22314
geremy_kamens@fd.org / lauren_rosen@fd.org
(703) 600-0800

Case No.   25cr0143

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: