# UNITED STATES DISTRICT COURT
# STATUS CONFERENCE MINUTES

Date: **4/17/2026**
Time: **2:03 – 2:51**

Judge: Hon. Anthony J. Trenga
Reporter: Rhonda Montgomery
Deputy Clerk: Dani Zirk
Interpreter: Nina Habibi (Dari Interpreter)

Case Number: **1:25-CR-143**

## UNITED STATES OF AMERICA

vs.

## MOHAMMAD SHARIFULLAH          __X__ Present      ___ Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Lauren Rosen** | **John Gibbs** |
| **Geremy Kamens** | **Avishek Panth** |
| | **Ryan White** |
| | **James Reed Sawyers** |

PROCEEDINGS:

This matter came on for a Status Conference. The Court rules on the following pending motions:
[115] Motion for Advanced Ruling that Proximate Cause is Required to Prove Death Resulted from the Charged Conduct by deft. - denied
[125] Motion to Suppress by deft. - denied
[149] Defendant's Motion to Dismiss for Outrageous Government Misconduct by deft. – denied
Summaries pursuant to CIPA §§ 5, 6 – admissible
[185] Motion to Quash *Subpoena to State Department Witness* by govt. – taken under advisement