IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,                )
                                         )
                                         )
v.                                       )
                                         )
                                         )   Case No. 1:25-cr-00143-AJT-1
MOHAMMAD SHARIFULLAH,                     )
                                         )
            *Defendant.*                  )
                                         )
                                         )

**ORDER**

Defendant Mohammad Sharifullah has filed a Motion to Bar Criminal Liability Based on

Foreign Conduct by Foreign Actors Against Foreign Interests, [Doc. No. 113] (the "Motion"). The

Court held hearings on the Motion on April 7-8, 2026, and April 16-17, 2026, following which it

took the Motion under advisement. Nevertheless, the Court stated from the Bench that the Motion

appeared to be, in effect, moot or unnecessary in light of the Court's decision not to submit the

indictment to the jury and that the Court would consider any evidentiary or liability issues raised

by the allegations that form the basis for the Motion in light of the evidence presented at trial.

Accordingly, for the reasons previously stated from the bench, it is hereby

    **ORDERED** that the Motion be, and the same hereby, is DENIED, without prejudice to

any evidentiary or liability issues related to the claims and positions set forth in the Motion.


Alexandria, Virginia
April 21, 2026

_____
Anthony J. Trenga
United States District Judge

1