**UNITED STATES DISTRICT COURT**
**CRIMINAL MOTION MINUTES**

Date: **6/12/2026**
Time: **10:03 – 11:02**

Judge: Anthony J. Trenga
Reporter: Rhonda Montgomery
Deputy Clerk: Dani Zirk
Interpreter: A.R.

Case Number: **1:25-CR-143**

**UNITED STATES OF AMERICA**

vs.

**MOHAMMAD SHARIFULLAH** **X** **Present** ___ **Not Present**

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Geremy Kamens**<br>**Lauren Rosen** | **John Gibbs**<br>**Avishek Panth**<br>**James Sawyers**<br>**Ryan White** |

PROCEEDINGS:

Motion to/for:
[212] Motion for Acquittal by deft. - taken under advisement
[225] Motion to Declare a Mistrial and Dismiss the Death-Results Allegation without Prejudice by govt. - denied

Sentencing set for September 16, 2026 at 9:00 a.m.

(**X**) Order to Follow