IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>MOHAMMAD SHARIFULLAH,<br>*Defendant.* | Case No. 1:25-cr-00143-AJT-1 |

**ORDER**

It is hereby

**ORDERED** that, for the reasons stated from the bench at the June 12, 2026 hearing, the Government's Motion to Declare a Mistrial and Dismiss the Death-Results Allegation without Prejudice, [Doc. No. 225], be and the same hereby is, DENIED; and it is further

**ORDERED** that Defendant's sentencing hearing is SCHEDULED for September 16, 2026 at 9:00 a.m.

The Clerk is directed to forward a copy of this Order to all counsel of the record.

Alexandria, Virginia
June 12, 2026

Anthony J. Trenga
United States District Judge